AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2019 MAY -2 PM 1:50
CLERK
BY [signature] DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the
VERMONT

Matthew Channon

*Petitioner*

v.

Brad LaRose (U.S. Marshals' Service)

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

Case No. 5:19-cv-69
*(Supplied by Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Matthew James Channon
   (b) Other names you have used:
2. Place of confinement:
   (a) Name of institution: United States District Court (Holding Cells)
   (b) Address: 11 Elmwood Avenue
   Burlington, VT 05401
   (c) Your identification number: Register Number: 72031-051
3. Are you currently being held on orders by:
   ☑ Federal authorities ❒ State authorities ❒ Other - explain:
4. Are you currently:
   ❒ A pretrial detainee (waiting for trial on criminal charges)
   ☑ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: US District Court, District of New Mexico
   333 Lomas Blvd NW, Albuquerque, NM 87102
   (b) Docket number of criminal case: 1:13-CR-966-JCH-KK
   (c) Date of sentencing: Oct. 20, 2016
   ❒ Being held on an immigration charge
   ❒ Other *(explain)*:

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☐ Other *(explain)*: ______

6. Provide more information about the decision or action you are challenging:

(a) Name and location of the agency or court: US District Court, District of New Mexico 333 Lomas Blvd NW, Albuquerque, NM 87102

(b) Docket number, case number, or opinion number: 1:13-CR-966-JCH-KK

(c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Conviction

(d) Date of the decision or action: Jan. 22, 2016

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: 10th Circuit Court of Appeals

(2) Date of filing: Nov. 8, 2016

(3) Docket number, case number, or opinion number: 16-2254

(4) Result: Affirmed in Part

(5) Date of result: Jan. 31, 2018

(6) Issues raised: Government improperly introduced evidence in violation of F.R.E. 803(6)(b) and F.R.E. 1006, and government failed to prove forfeiture

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: Tenth Circuit Court of Appeals (Rehearing, Rehearing en banc)

(2) Date of filing: Feb. 14, 2018

(3) Docket number, case number, or opinion number: 16-2254

(4) Result: Petition for rehearing denied, petition for rehearing en banc denied

(5) Date of result: Feb. 27, 2018

(6) Issues raised: Government improperly introduced evidence in violation of F.R.E. 803(6)(b) and F.R.E. 1006, and government failed to prove forfeiture

(b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: US Supreme Court

(2) Date of filing: May 29, 2018

(3) Docket number, case number, or opinion number: 17-9242

(4) Result: Certiorari Denied

(5) Date of result: Oct. 1, 2018

(6) Issues raised: Government improperly introduced evidence in violation of F.R.E. 803(6)(b) and F.R.E. 1006, and government failed to prove forfeiture

(b) If you answered "No," explain why you did not file a third appeal:

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☑ Yes ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☑ Yes ☐ No

If "Yes," provide:

(1) Name of court: U.S. District Court, District of New Mexico

(2) Case number: 1:13-CR-966-JCH-KK (Criminal)

(3) Date of filing: 3/11/2019, stricken, amended under protest 4/15/2019

(4) Result: Stricken by Magistrate and District Judges, shortened to arbitrary limit and refiled

(5) Date of result: N/A

(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes ☑ No

If "Yes," provide:

(1) Name of court:

(2) Case number:

(3) Date of filing:

(4) Result:

(5) Date of result:

(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: 1. The Federal District Court Is Introducing Inordinate Delay, Ensuring Petitioner's Prison Term Completes Before 2255 Is Considered

2. The Judge and Magistrate subjected 2255 filing to vague, arbitrary, and capricious limits on number of pages and font sizes, forcing Petitioner to either abridge 2255 to an inadequate length, or risk the Court's denial of the 2255 in order to assert his Rights, making the 2255 ineffective.

3. The AUSA, District Judge, and 10th Circuit Judges That Violated Petitioner's Rights Are The Same Ones Considering his 2255, making the 2255 inadequate to challenge the conviction.

4. Newly Discovered Evidence, Factual Innocence, Convicted of act that the law does not make criminal

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes ☑ No

If "Yes," provide:

(a) Date you were taken into immigration custody:

(b) Date of the removal or reinstatement order:

(c) Did you file an appeal with the Board of Immigration Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Date of filing:

(2) Case number:

(3) Result:

(4) Date of result:

(5) Issues raised:

(d) Did you appeal the decision to the United States Court of Appeals?

☐ Yes ☐ No

If "Yes," provide:

(1) Name of court:

(2) Date of filing:

(3) Case number:

(4) Result:

(5) Date of result:

(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application: Second Appeal of Forfeiture Ruling

(b) Name of the authority, agency, or court: Tenth Circuit Court of Appeals

(c) Date of filing: Feb. 15, 2019

(d) Docket number, case number, or opinion number: 19-2029

(e) Result: TBD

(f) Date of result:

(g) Issues raised: Did the Government adequately allege, and did the District Court adequately grant on remand, that the Government is entitled to substitutable cash forfeiture even though no cash was alleged or seized?

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Please see memorandum of grounds filed in same office on 5/2/19.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground One in all appeals that were available to you?

❒ Yes ❒ No

**GROUND TWO:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?

❒ Yes ❒ No

**GROUND THREE:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?

❒ Yes ❒ No

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

❒ Yes ❒ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: None of the Grounds were presented during appeal. Ground IV was omitted in the 2255 because of the arbitrary and capricious 40-page limit

**Request for Relief**

15. State exactly what you want the court to do: To release Petitioner from custody, and to vacate Petitioner's criminal judgment and civil restitution/forfeiture.

**Declaration Under Penalty Of Perjury**

If you are incarcerated, on what date did you place this petition in the prison mail system:
May 2nd, 2019

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: May 2nd, 2019

*Signature of Petitioner*

*Signature of Attorney or other authorized person, if any*